FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-22187 FMD Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | HERNANDEZ, JULIO EMILIO | Date Filed (f) or Converted (c): | 12/01/11 (f) |
| | HERNANDEZ, ANIUSKA | 341(a) Meeting Date: | 01/18/12 |
| For Period Ending: | 03/31/14 | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9151 Pineapple Road, Fort Myers, FL 33967 Principa | 60,317.00 | 0.00 | | 0.00 | FA |
| 2. Suncoast Schools Credit Union Checking Account | 100.00 | 5.57 | | 5.57 | FA |
| Suncoast Schools Credit Union Checking Account | | | | | |
| 3. Suntrust Bank Checking Account # XXXX8729 | 50.00 | 0.00 | | 0.00 | FA |
| Suntrust Bank Checking Account # XXXX8729 | | | | | |
| 4. Suntrust Bank Checking Account XXXX8315 | 15.00 | 862.84 | | 780.00 | FA |
| Suntrust Bank Checking Account XXXX8315 | | | | | |
| 5. Dining room table and 4 chairs (2001) | 125.00 | 0.00 | | 0.00 | FA |
| Dining room table and 4 chairs (2001) | | | | | |
| 6. King bed and 20" tube TV | 175.00 | 251.00 | | 469.43 | FA |
| King bed and 20" tube TV | | | | | |
| 7. King bed, dresser, 2 night stands 42" LCD TV (1995 | 425.00 | 0.00 | | 0.00 | FA |
| King bed, dresser, 2 night stands 42" LCD TV (1995);other 2 bedroom furniture; | | | | | |
| 8. Sofa, Loveseat, armchair, coffee table and 2 end t | 650.00 | 0.00 | | 0.00 | FA |
| Sofa, Loveseat, armchair, coffee table and 2 end tables. 55" TV (2006) | | | | | |
| 9. Miscellaneous apparel | 50.00 | 10.00 | | 0.00 | FA |
| Miscellaneous apparel | | | | | |
| 10. Miscellaneous apparel | 50.00 | 10.00 | | 0.00 | FA |
| Miscellaneous apparel | | | | | |
| 11. Goldman Sachs Asset Management Account 650651107 | 48.36 | 0.00 | | 0.00 | FA |
| Goldman Sachs Asset Management Account 650651107 | | | | | |
| 12. Alaban Cleaning, Inc. - 50% shareholder | 1.00 | 0.00 | | 0.00 | FA |
| Alaban Cleaning, Inc. - 50% shareholder | | | | | |
| 13. 2000 Chevrolet Astro Van Mileage 163,556 poor cond | 1,350.00 | 0.00 | | 0.00 | FA |
| 2000 Chevrolet Astro Van Mileage 163,556 poor condition | | | | | |

LFORM1

Ver: 17.05d

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:  11-22187    FMD    Judge: Caryl E. Delano    Trustee Name: DIANE L. JENSEN
Case Name: HERNANDEZ, JULIO EMILIO    Date Filed (f) or Converted (c): 12/01/11 (f)
HERNANDEZ, ANIUSKA    341(a) Meeting Date: 01/18/12
Claims Bar Date: 04/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. JEWELRY (u) | 0.00 | 55.00 | | 0.00 | FA |
| 15. FIREARMS AND HOBBY EQUIPMENT (u) | 0.00 | 650.00 | | 633.50 | FA |
| 16. FURNITURE; HH GOODS (u) | 0.00 | 610.00 | | 376.35 | FA |
| appliances and misc. unlisted furniture | | | | | |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. TAX REFUNDS (u) | 0.00 | 242.31 | | 1,620.00 | FA |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.01 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $63,356.36 | $2,696.72 | | $3,884.86 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Will file Final Report as soon as possible. February 13, 2013 (SH)

Debtor(s) repurchasing non-exempt assets.  Last payment due 2/9/13; March 06, 2012 (SH)
dictated stip to repurchase starting 3-09 plus surrender personalty; 330/365 of TRFebruary 24, 2012, 11:50 am dictated L
with Kelley appraisalFebruary 13, 2012, 09:01 am O/E and Joy L;do IRS LJanuary 18, 2012, 01:39 pm

Initial Projected Date of Final Report (TFR): 01/20/14    Current Projected Date of Final Report (TFR): 11/13/14

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-22187 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, JULIO EMILIO | | Bank Name: | Bank of Kansas City |
| | HERNANDEZ, ANIUSKA | | Account Number / CD #: | *******2255  Checking Account |
| Taxpayer ID No: | *******9637 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 1,244.78 | | 1,244.78 |
| 06/14/12 | 4 | ANIUSKA HERNANDEZ #155 | REPURCHASE | 1129-000 | 130.00 | | 1,374.78 |
| | | | Order Doc #34 | | | | |
| 07/09/12 | 4 | ANIUSKA HERNANDEZ #157 | REPURCHASE | 1129-000 | 130.00 | | 1,504.78 |
| | | | Order Doc #34 | | | | |
| 08/08/12 | 4 | Aniuska Hernandez #158 | REPURCHASE | 1129-000 | 130.00 | | 1,634.78 |
| | | | Order Doc #34 | | | | |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.68 | 1,633.10 |
| 09/10/12 | 4 | ANIUSKA HERNANDEZ #160 | REPURCHASE | 1129-000 | 130.00 | | 1,763.10 |
| | | | Order Doc #34 | | | | |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.83 | 1,761.27 |
| 10/08/12 | 4 | ANIUSKA HERNANDEZ #162 | REPURCHASE | 1129-000 | 130.00 | | 1,891.27 |
| | | | Order Doc #34 | | | | |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.90 | 1,889.37 |
| 11/02/12 | 15 | Aniuska Hernandez  #163 | REPURCHASE | 1229-000 | 130.00 | | 2,019.37 |
| | | | Order Doc #34 | | | | |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.12 | 2,017.25 |
| 12/04/12 | 16 | ANIUSKA HERNANDEZ #164 | REPURCHASE | 1210-000 | 130.00 | | 2,147.25 |
| | | | Order Doc #34 | | | | |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.21 | 2,145.04 |
| 01/08/13 | 16 | ANIUSKA HERNANDEZ #166 | REPURCHASE | 1229-000 | 130.00 | | 2,275.04 |
| | | | Order Doc #34 | | | | |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.44 | 2,272.60 |
| 02/07/13 | 16 | Aniuska Hernandez #168 | REPURCHASE | 1229-000 | 36.85 | | 2,309.45 |
| | | | Order Doc #34 | | | | |
| | | | service fee of $36.85 | | | | |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.56 | 2,306.89 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 3.09 | 2,303.80 |

Page Subtotals        2,321.63        17.83

Ver: 17.05d

LFORM24

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-22187 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | HERNANDEZ, JULIO EMILIO | | Bank Name: | Bank of Kansas City |
| | HERNANDEZ, ANIUSKA | | Account Number / CD #: | *******2255  Checking Account |
| Taxpayer ID No: | *******9637 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 3.43 | 2,300.37 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 2,290.37 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,280.37 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,270.37 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,260.37 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,250.37 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,240.37 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,230.37 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,220.37 |
| 12/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,210.37 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,200.37 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,190.37 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,180.37 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,321.63 | 141.26 | 2,180.37 |
| Less:  Bank Transfers/CD's | 1,244.78 | 0.00 | |
| Subtotal | 1,076.85 | 141.26 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,076.85 | 141.26 | |

Page Subtotals      0.00      123.43

Ver: 17.05d

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-22187 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | HERNANDEZ, JULIO EMILIO | Bank Name: | Bank of America |
|  | HERNANDEZ, ANIUSKA | Account Number / CD #: | *******6585  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9637 |  |  |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 750,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/12/12 | 2, 6 | ANIUSKA HERNANDEZ #152 | REPURCHASE | 1129-000 | 125.00 |  | 125.00 |
|  |  |  | Order Doc #34 |  |  |  |  |
| 04/09/12 | 6 | ANIUSKA HERNANDEZ #156 | REPURCHASE | 1129-000 | 125.00 |  | 250.00 |
|  |  |  | Order Doc #34 |  |  |  |  |
| 04/23/12 | 18 | U.S. TREASURY #3151-55130998 | TAX REFUND | 1224-000 | 1,620.00 |  | 1,870.00 |
|  |  |  | Order Doc #34 |  |  |  |  |
| 04/27/12 | 15 | PATRICK COLEMAN #CASH | SALE OF ASSET | 1229-000 | 291.50 |  | 2,161.50 |
|  |  |  | includes $16.50 sales tax |  |  |  |  |
|  |  |  | Per sale notice Doc #30 |  |  |  |  |
|  |  |  | sale Taurus 2042 .38 special |  |  |  |  |
| 04/27/12 | 15 | ARCHIE HATFIELD #2139 | SALE OF ASSET | 1229-000 | 212.00 |  | 2,373.50 |
|  |  |  | includes $12 sales tax |  |  |  |  |
|  |  |  | Per sale notice Doc #30 |  |  |  |  |
|  |  |  | sale Remington Model 597 |  |  |  |  |
| 04/27/12 | 6 | TIMOTHY TURNER #2277 | SALE OF ASSET | 1129-000 | 225.00 |  | 2,598.50 |
|  |  |  | Per sale notice Doc #30 |  |  |  |  |
|  |  |  | sale furniture/furnishings |  |  |  |  |
| 04/27/12 | 16 | ARCHIE HATFIELD #2138 | SALE OF ASSET | 1229-000 | 79.50 |  | 2,678.00 |
|  |  |  | includes $4.50 sales tax |  |  |  |  |
|  |  |  | Per sale notice Doc #30 |  |  |  |  |
|  |  |  | sale computer system |  |  |  |  |
| 04/30/12 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 0.70 | 2,677.30 |
| 05/03/12 | 000101 | JULIO EMILIO HERNANDEZ and | EXEMPT PORTION OF ASSET | 8500-000 |  | 1,377.69 | 1,299.61 |
|  |  | ANIUSKA HERNANDEZ | $1,620.00 - full amount of refund |  |  |  |  |
|  |  | 9151 PINEAPPLE ROAD | -  242.31 - bankruptcy estate's portion |  |  |  |  |
|  |  | FORT MYERS, FL  33967 |  |  |  |  |  |
| 05/07/12 | 4 | ANIUSKA HERNANDEZ #154 | REPURCHASE | 1129-000 | 130.00 |  | 1,429.61 |
|  |  |  | Order Doc #34 |  |  |  |  |
| 05/07/12 | 000102 | READ & KELLEY ESTATE SERVICES | APPRAISAL FEE | 3711-000 |  | 150.00 | 1,279.61 |

Page Subtotals    2,808.00    1,528.39

LFORM24

Ver: 17.05d

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-22187 -FMD |
| Case Name: | HERNANDEZ, JULIO EMILIO |
| | HERNANDEZ, ANIUSKA |
| Taxpayer ID No: | *******9637 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | DIANE L. JENSEN |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******6585  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 750,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/14/12 | 000103 | ATTN: JOY AUGUSTINE<br>P. O. Box 3111<br>North Fort Myers, FL 33918<br>FLORIDA DEPARTMENT OF REVENUE<br>5050 W. TENNESSEE STREET<br>TALLAHASSEE, FL 32399-0125 | per order 2/23/12<br>invoice 8031<br>SALES TAX CERT 46-8011954104-9<br>period 4/30/12 | 2820-000 | | 32.18 | 1,247.43 |
| 05/31/12 | 20 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,247.44 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 2.05 | 1,245.39 |
| 06/13/12 | | Bank of America<br>901 Main Street<br>10th Floor<br>Dallas, TX 75283 | BANK FEES | 2600-000 | | 0.61 | 1,244.78 |
| 06/13/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 1,244.78 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,808.01 | 2,808.01 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,244.78 | |
| Subtotal | 2,808.01 | 1,563.23 | |
| Less:  Payments to Debtors | | 1,377.69 | |
| Net | 2,808.01 | 185.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET<br>DISBURSEMENTS | ACCOUNT<br>BALANCE |
|---|---|---|---|
| Checking Account - ********2255 | 1,076.85 | 141.26 | 2,180.37 |
| Money Market Account (Interest Earn - ********6585 | 2,808.01 | 185.54 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,884.86 | 326.80 | 2,180.37 |
| | ============ | ============ | ============ |
| | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals        0.01        1,279.62

Ver: 17.05d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 11-22187 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | HERNANDEZ, JULIO EMILIO | Bank Name: | Bank of America |
| | HERNANDEZ, ANIUSKA | Account Number / CD #: | *******6585  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9637 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 17.05d

LFORM24